ON PETITION FOR REHEARING
PER CURIAM.
We originally remanded this case to the trial court for a determination of whether appellant’s original sentence was still in effect at the time of the escape. At that time, this Court did not have before it a copy of the original judgment and sentence for the offense of breaking and entering with intent to commit a misdemeanor.
The State has petitioned for a rehearing in this case, attaching thereto a copy of the judgment and sentence referred to above. Upon our consideration thereof, the peti *254 tion for rehearing is granted and our prior opinion remanding this cause is vacated and set aside. The final judgment and sentence for the offense of escape, entered pursuant to a guilty plea, is therefore affirmed.
JOHNSON, Acting C. J., and BOYER and MILLS, JJ., concur.